**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| KSD, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-1229C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | **BID PROTEST** |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Andrew P. Averbach as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Andrew P. Averbach
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: November 25, 2005

s/ Andrew P. Averbach

Andrew P. Averbach
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-0527
Fax: (202) 305-2118