IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| KSD, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-1229C |
| v. | ) | (Judge Horn) |
| | ) | |
| THE UNITED STATES, | ) | **BID PROTEST** |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MCDONNELL DOUGLAS | ) | |
| HELICOPTER COMPANY, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**CORRECTED MOTION FOR PROTECTIVE ORDER**

Pursuant to the Court's order dated November 22, 2005, defendant, the United States, submits the attached proposed protective order upon behalf of the parties in this matter and with the agreement of counsel for both plaintiff and defendant-intervenor. The "s/" notation was inadvertently omitted from our first motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 305-2118

Dated: November 30, 2005

Attorneys for Defendant