# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

| | |
|---|---|
| **KSD, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MCDONNELL DOUGLAS HELICOPTER COMPANY,**<br><br>**Defendant-Intervenor.** | **No. 05-1229C**<br>**Filed: December 9, 2005** |

* * * * * * * * * * * * * *

## O R D E R

The court is in receipt of the defendant's and intervenor's December 9, 2005 motions to dismiss. To discuss the parties' motions to dismiss, the court held a status conference on December 9, 2005. At the conference, the court established a new briefing schedule for the motions to dismiss and modified the established briefing schedule for the parties' motions for judgment upon the administrative record, based on the government's yet to be determined award date for the contract at issue. On or before **Monday, December 12, 2005**, **at 12:00 p.m. EST**, the plaintiff shall file an amended complaint correcting those issues addressed during the December 9, 2005 status conference, and responding to the defendant's and intervenor's Rule 12(b)(1) and 12(b)(6) motions pursuant to the Rules of the United States Court of Federal Claims (RCFC). On or before **Tuesday, December 13, 2005,** the defendant and intervenor shall file a status report indicating whether they believe that the plaintiff's amended complaint corrects the deficiencies identified in the parties' RCFC 12(b)(1) and 12(b)(6) motions. On or before **Wednesday, December 14, 2005**, the plaintiff shall file a brief in response to the defendant's and intervenor's motions to dismiss. On or before **Friday, December 16, 2005**, the defendant and intervenor shall file separate replies to the plaintiff's response to the motions to dismiss.

During the December 9, 2005 status conference, the court also modified the briefing schedule established in its November 22, 2005 order. On or before **Friday, December 16,**

**2005**, the plaintiff shall file its motion for judgment upon the administrative record. The defendant and intervenor shall file their cross-motions and responses on or before **Tuesday, December 27, 2005**. The plaintiff shall file its response on or before **Wednesday, January 4, 2006**.

To discuss further the award date for the contract, the parties shall contact chambers on or before **Monday, December 12, 2005 at 5:00 p.m. EST**. In addition, the defendant, as indicated by defendant's counsel in this case, shall provide the court with notice ten days before award of the contract.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**