**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| KSD, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant*<br><br>and<br><br>MCDONNELL DOUGLAS HELICOPTER COMPANY,<br><br>*Defendant-Intervenor.* | **No. 05-1229C**<br><br>**Judge Marian Blank Horn** |

**DEFENDANT AND DEFENDANT INTERVENOR'S JOINT STATUS REPORT**

On December 9, 2005, this Court issued an Order directing, *inter alia*, that on or before December 13, 2005, "the defendant and intervenor shall file a status report indicating whether they believe that the plaintiff's amended complaint corrects the deficiencies identified in the parties' RCFC 12(b)1) and 12(b)(6) motions." Defendant, the United States, and defendant-intervenor, the McDonnell Douglas Helicopter Company ("MDHC"), provide the following the status report in response to the December 9, 2005 Order.

Defendant and defendant intervenor have reviewed plaintiff, KSD Inc.'s, ("KSD") amended complaint and continue to believe that this bid protest action should be dismissed under RCFC 12(b)(1) on the ground that KSD lacks standing as an "interested party" under 28 U.S.C. § 1491(b)(1) because: (1) KSD failed to identify its interest and capabilities to the responsible

agency contracting official within 45 days of the May 17, 2005 pre-solicitation notice relevant to this sole source procurement; and (2) KSD has no direct economic interest in the award of the indefinite delivery, indefinite quantity contract to MDHC. For the reasons stated more fully in the motions to dismiss, the Court should dismiss KSD's protest for lack of jurisdiction.

With respect to the RCFC 12(b)(6) motion to dismiss for failure to state a claim, defendant and defendant-intervenor believe that Count I of the amended complaint identifies more specifically the legal violations alleged and relief sought by KSD. In the event that the Court does not grant our motion to dismiss pursuant to RCFC 12(b)(1), defendant and defendant-intervenor believe it more appropriate to address the allegations contained in the amended complaint under RCFC 56.1 rather than RCFC 12(b)(6).

Respectfully submitted,

s/Richard B. Clifford, Jr.
RICHARD B. CLIFFORD, Jr.
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, DC 20005
(202) 628-6600 (Phone)
Attorney of Record for
Defendant-Intervenor,
McDonnell Douglas Helicopter Company
(a subsidiary of The Boeing Company)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0527
Fax: (202) 305-2118
Attorneys for Defendant

Dated: December 13, 2005