# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**KSD, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**MCDONNELL DOUGLAS HELICOPTER COMPANY,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 05-1229C**
**Filed: December 13, 2005**

**O R D E R**

The court is in receipt of the defendant's and intervenor's December 13, 2005 status report addressing whether the plaintiff's amended complaint resolves the deficiencies identified in the parties' motions to dismiss. As indicated by the defendant and intervenor in their status report, the court finds the parties' motion to dismiss pursuant to Rule 12(b)(6) moot.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**