# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * | |
| **KSD, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **UNITED STATES,** | * **No. 05-1229C** |
| | **Filed: December 21, 2005** |
| **Defendant,** | * |
| **and** | * |
| **MCDONNELL DOUGLAS HELICOPTER COMPANY,** | * |
| **Defendant-Intervenor.** | * |
| * * * * * * * * * * * * * * | * |

## O R D E R

The court is in receipt of the plaintiff's December 16, 2005 brief titled Plaintiff's Brief in Support of Plaintiff's Petition For Preliminary and Permanent Injunction. The plaintiff's brief, however, is incomplete. By an order of the court, the court instructed the plaintiff to file a motion for judgment upon the administrative record. Motions for judgment upon the administratvie record are controlled by Rule 56.1 of the Rules of the United States Court of Federal Claims (RCFC). RCFC 56.1(b)(1) requires the moving party to file, together with its motion, "a separate document titled Statement of Facts, setting forth the facts necessary to resolve the issues presented on review." The plaintiff's brief does not include a Statement of Facts and is, therefore, deficient. The court, therefore, **ORDERS** the plaintiff to file an amended motion for judgment upon the administrative record on or before **Tuesday, December 27, 2005**. The plaintiff's brief shall adhere to the rules of this court. This order does not affect any other schedule in this case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**