# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**KSD, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**MCDONNELL DOUGLAS HELICOPTER COMPANY,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 05-1229C**
**Filed: January 5, 2006**

## O R D E R

The court is in receipt of the defendant's and defendant-intervenor's January 4, 2006 unopposed motions to file responses to the plaintiff's statement of facts. The court **GRANTS** the parties' motions and directs the Clerk of the Court to file the defendant's and defendant-intervenor's responses to plaintiff's statement of facts.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**