# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**KSD, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**MCDONNELL DOUGLAS HELICOPTER COMPANY,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 05-1229C**
**Filed: January 10, 2006**

## O R D E R

On January 10, 2006, the parties' counsel contacted chambers staff. The defendant provided notice to the court that the government intends to award the contract in this case to the defendant-intervenor on January 25, 2006. In response, the plaintiff's counsel stated that it intends to file a motion for a temporary restraining order or motion for preliminary injunction to halt award of the contract. As discussed with the parties, the plaintiff shall file its motion for a temporary restraining order or motion for preliminary injunction on or before **Thursday, January 12, 2006 at 10:00 a.m EST**. The defendant and defendant-intervenor shall file their responses on or before **Friday, January 13, 2006 at 4:00 p.m. EST**. The plaintiff may file a reply to the defendant's and defendant-intervenor's responses on or before **Tuesday, January 17, 2006 at 5:00 p.m. EST**. The court schedules oral argument for **Wednesday, January 18, 2006 at 3:00 p.m. EST**. Counsel for all parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Riggs at (256) 564-7317, Mr. Averbach at (202) 353-0527, Mr. Clifford at (202) 628-6600, Mr. Smith at (256) 842-0537, and Mr. Gary at (703) 696-1618. During oral argument, the court will receive argument on the parties' motions for judgment upon the administrative record as well as the plaintiff's temporary restraining order or motion for preliminary injunction.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**