# In the United States Court of Federal Claims

| | |
|---|---|
| **KSD, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**and**<br><br>**MCDONNELL DOUGLAS HELICOPTER COMPANY,**<br><br>**Defendant-Intervenor.** | **No. 05-1229C**<br>**Filed: January 19, 2006** |

## O R D E R

On January 18 and January 19, 2006, the court heard oral argument in the above-captioned case on the plaintiff's motion for preliminary injunction. As discussed with the parties during oral argument, the court **DENIES** the plaintiff's request for a preliminary injunction. Also as discussed with the parties, in support of or in opposition to plaintiff's motion for a permanent injunction, the court **ORDERS** the parties to file supplemental briefs on or before **Friday, January 27, 2006** addressing the Cost Accounting Standards (CAS) and Independent Research and Development (IRAD) arguments raised by the defendant and defendant-intervenor during oral argument.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**