# In the United States Court of Federal Claims

**No. 05-1229 C**

**KSD, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**MCDONNELL DOUGLAS HELICOPTER COMPANY,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the court's Opinion, filed July 11, 2006, denying plaintiff's motion for judgment upon the administrative record, denying plaintiff's motions for preliminary and permanent injunction, and granting defendant's and intervenor's motions for judgment upon the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and intervenor. No costs.

Brian Bishop
Clerk of Court

**July 12, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.